FRASER v. LITTLEJOHN

[96 N.C. App. 388 (1989)]

_____

HILTON B. FRASER v. L. GLENN LITTLEJOHN

No. 8926SC113

(Filed 5 December 1989)

APPEAL by defendant from order entered 31 August 1988 by *Judge Frank W. Snepp, Jr.* in MECKLENBURG County Superior Court. Heard in the Court of Appeals 9 October 1989.

This action, filed in Mecklenburg County Superior Court on 6 April 1988, seeks monetary relief from appellant Littlejohn upon a promissory note dated 20 December 1974. Simultaneously with filing the Complaint, plaintiff filed an Affidavit in Attachment Proceeding and also issued a Notice of Levy and Garnishment Proceedings, thereby garnishing appellant's interest as beneficiary of an estate of a North Carolina resident. The basis for such attachment and garnishment being that appellant is a nonresident. Appellant was served with summons in his county of residence in South Carolina on 6 April 1988. On 19 May 1988, appellant moved to dismiss the complaint for lack of personal jurisdiction pursuant to N.C.G.S. § 1A-1, Rule 12(b)(2). On 31 August 1988, the matter was heard before Judge Snepp, who entered an Order on 13 September 1988 denying appellant's motions. Appellant appealed.

STATE v. JONES

[96 N.C. App. 389 (1989)]

*Weinstein & Sturges, by L. Holmes Eleazer, Jr., Allan W. Singer and Thomas L. Odom, Jr., for plaintiff appellee.*

*Winfred R. Ervin, Jr., for defendant appellant.*

ARNOLD, Judge.

The Complaint alleges appellant executed a promissory note on 20 December 1974, and that he is in default of his obligation pursuant to that note. The remaining facts important to this case are set out in the opinion, *Fraser v. Littlejohn*, 96 N.C. App. 377 (1989), heard today.

Our determination of this appeal is controlled by our decision in *Fraser v. Littlejohn* (No. 8926SC112). The order of the trial court is

Affirmed.

Chief Judge HEDRICK and Judge BECTON concur.